```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF MISSISSIPPI
               NORTHERN DIVISION
```

CHRISTOPHER BERNARD TORNS                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:14CV649TSL-RHW

HARVEY JOHNSON, JR., ET AL.                           DEFENDANTS

<u>ORDER</u>

This cause is before the court on the report and recommendation entered by United States Magistrate Judge Robert Walker on October 14, 2014, recommending that plaintiff Christopher Benard Torns' motion to proceed <u>in</u> <u>forma</u> <u>pauperis</u> be denied. Plaintiff has failed to file an objection to the report and recommendation and the time for doing so has since expired. Having reviewed the report and recommendation and the record in this case, the court hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge Robert Walker entered on or about October 14, 2014, be, and the same is hereby, adopted as the finding of this court. It follows then that plaintiff's motion to <u>in</u> <u>forma</u> <u>pauperis</u> is denied. Finally, it is ordered that on or before November 21, 2014, plaintiff shall pay the $400 filing fee. Plaintiff is hereby warned that failure to timely pay the filing fee will result in the dismissal of his complaint without further notice.

SO ORDERED this 10th day of November, 2014.


                                          /s/ Tom S. Lee_____
                                          UNITED STATES DISTRICT JUDGE